# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPEARANCE

Horton, et al

vs.   CASE NUMBER: 301 CV 1330 (AVC)

White, et al

**To the Clerk of this court and all parties of record:**

**Enter my appearance as counsel in this case for:**   Ernest Tucker

| | |
|---|---|
| 10/20/03 | *Wesley S. Spears* (signature) |
| Date | Signature |
| CT -01516 | Wesley S. Spears |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| 860-724-0505 | 53 Russ Street |
| Telephone Number | Address |
| 860-249-1533 | Hartford, CT 06106 |
| Fax Number | |
| | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:
Joseph A. Moniz, 100 Allyn Street, Hartford, CT 06103
Marcia J. Gleeson, 836 Farmington Ave., West Hartford, CT 06119

*Wesley S. Spears* (signature)
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24